ALPER, Appellant, v. HERSH, Respondent.

*No. 217. Submitted January 5, 1973.—Decided January 30, 1973.*

For the appellant the cause was submitted on the brief of *Michael J. Kondos* and *Avin Sable,* attorneys, and *Frederic J. Berns* of counsel, all of Milwaukee.

For the respondent the cause was submitted on the brief of *Prosser, Wiedabach, Koppa, Lane & Quale, S.C.,* attorneys, and *Jack R. Wiedabach* and *John E. Feldbruegge* of counsel, all of Milwaukee.

PER CURIAM. The court concludes the demurrer was properly sustained on the basis the statute of limitation has run barring the cause of action. *Denzer v. Rouse* (1970), 48 Wis. 2d 528, 180 N. W. 2d 521.

The order is affirmed.